issued from, and under King's Bench Original jurisdiction, venue and Law for all, universal notice of standing, capacity, jurisdiction, venue and is available at "public notice 420", Blogspot.com and previous public records are incorporated herein as is set forth in full.

## Demand for a Writ of Habeas Corpus

Greetings, Magistrate of United States District Court.

I, Thomas David House of Doега—, do grant you my sovereign immunity while handling of these matters. I am seeking a ministerial review of the matters at hand, concerning 11-F-101 and my kidnapping on Wednesday last by foreign agents and actors claiming to be sovereign. (STATE OF WEST VIRGINIA)

I am seeking a release from the facility I am currently held against my will at — alleged Id# 0362245 I believe north central regional jail. Belligerent claimants get to receive the protections of their absolute rights, privileges, freedoms and immunities as found by U.S.A. Supreme Court. I am, and have been, denied many things necessary to life and am seeking to collaterally attack again (attached all matters collaterally in the original case 11-F-101 in 2011 and 2012 with no response by STATE OF WEST VIRGINIA and its agents, can show all correspondence if permitted to retrieve originals from home) silence is agreement, and silence upon there is a duty to speak is fraud) in your venue for the sole purpose [of?]

(margin left, rotated) applicable principles — clean Hands Doctrine, Fraud vitiates all, final initials consent

ob. 1938 ERIE Railroad - no contract - no case. I deny there is a contract putting this matter to rest and finality. I also seek whatever writ (and process) may be necessary to put an absolute end to 11-F-141 after their complete and absolute acquiescence in the collateral attack. As paper and ink is limited I will address the court in live flesh and blood capacity regarding all these matters at hand. If notice is given to James Degas at 304 488 7560 or 740 315 5158 he can bring all of my evidence to this hearing. But all should be in the record of Wood County Circuit Court. Because it is already, as of this writing, going on 72 hours of detainment without consent, as revealed by research and knowledge Byron C. Dale. The parties detaining me should be only granted 12-24 hours with which to produce my body before you. All paperwork at this facility unlawfully detaining me was only <u>NO consent, without prejudice</u>, thereby denying any presumed or actual consent. A belligerent claimant shall have his full rights, privileges, freedoms, and immunities restored immediately upon demand and showing, of which I am now demanding and will show. As I am denied a free call, I will need an order to call Jim to tell him where the documentation is. Please excuse form and look at substance. I am not a lawyer. With all rights, privileges, immunities and freedoms reserved, without prejudice. Autographed, sealed and executed under Absolute, original and superior jurisdiction, venue and law on the second day of August of the year of my Lord two thousand fourteen. Thomas David Hause Degas

[margin notes, partially illegible: "Applicable principles - clear-fraud, duress, no unclean hands sets the most untruthful contract law will assert"; "full personal liability; all curios and conduct"; "TDHD"]