# RETURNABLE FORTHWITH

STATE OF WEST VIRGINIA

foreclosed nov 28, 2012

VS.

#11-F-101

case dismissed common law court of Record superior jurisdiction august of 2011

THOMAS DAVID DEEGAN

Roman inferior trust alleged Government tradename/corporation

Refused for cause, without dishonor, without prejudice all rights reserved

[illegible]

no court seal fatal flaw and error

# CAPIAS #11-F-101

STATE OF WEST VIRGINIA:

TO THE SHERIFF OF WOOD COUNTY, GREETING

You are hereby commanded as heretofore to take

**THOMAS DAVID DEEGAN**

known inferior trust alleged government trade name/corp.

if he/she be found within your bailiwick, and him/her safely keep so that you have his/her body before JEFFREY B. REED, a Judge of our Circuit Court, of said County, at the Judicial Building thereof, **Forthwith** to answer us of a certain FELONY INDICTMENT *No.#11-F-101* wherein he/she stands CHARGED, and have then and there this writ.

Witness, **Carole Jones,** Clerk of our said Circuit Court, at the Judicial Building of said County, the 29th day of February, 2012 and in the 149th year of the State.

Carole Jones, Clerk

By: [signature], Deputy

Refused for cause without dishonor all rights reserved without prejudice

[initials] TDHD

no court seal fatal flaw and error

Alias CAPIAS **#11-F-101**

STATE OF WEST VIRGINIA:

TO THE SHERIFF OF WOOD COUNTY, GREETING

You are hereby commanded as heretofore to take

**THOMAS DEEGAN**

if he/she be found within your bailiwick, and him/her safely keep so that you have his/her body before JEFFREY B. REED, a Judge of our Circuit Court, of said County, at the Judicial Building thereof, on the first day of SEPTEMBER Term, 2014 next, to answer us of a certain Felony Indictment wherein he/she stands indicted, and have then and there this writ.

Witness, Carole Jones, Clerk of our said Circuit Court, at the Judicial Building of said County, the 27th day of JUNE, 2014 and in the 152nd year of the State.

Carole Jones, Clerk

By: JJ Butner, Deputy

RECEIVED JUL 01 2014

again more fraud on the unsuspecting sheriff and myself

Fiction of law Roman inferior trust alleged government trade name corporation

Refused for cause without dishonor All rights reserved without prejudice

A.P.R., ...

**IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA**

**STATE OF WEST VIRGINIA,**

**Plaintiff,**

**vs.** // **CASE NO. 11-F-101, 11-F-102**

**THOMAS DAVID DEEGAN**
**DARLENE KAY DEEGAN,**

**Defendant.**

ENTERED
O.B. No.____
Page____
FEB 29 2012
CAROLE JONES
CLERK CIRCUIT COURT

**ORDER**

This 29th day of February 2012, comes Russell J. Skogstad, Assistant Prosecuting Attorney in and for Wood County.

Whereupon, the Defendant, Thomas David Deegan, does not appear for trial this day and the State motions the Court to issue ~~a capias for the~~ above-named Defendant. For good cause shown, the Court **GRANTS** the State's motion.

Whereupon, the State also moves the Court to revoke Defendant, Thomas David Deegan's, bond.

It is therefore accordingly **ORDERED** that the Clerk of this Court issue a capias for the above-named Defendant ~~and direct it~~ to the Wood County Sheriff's Department.

Defendant, Thomas David Deegan's bond is hereby forfeited and **REVOKED.**

Furthermore, it is **ORDERED** that the Clerk of this Court send a copy of this Order to all parties.

2-29-2012

ENTER:

______________________
**Jeffrey B. Reed, Judge**

APPROVED FOR ENTRY:

______________________
Russell J. Skogstad
Assistant Prosecuting Attorney
WVSB#9804

RECEIVED
AUG 13 2014