# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY
## INMATE REQUEST/GRIEVANCE
### (CIRCLE ONE)

NAME Thomas David House of Deegan DATE August 2, 2012

OID NUMBER _____ INC DATE _____ POD A SEC 8 RM 7

TO: Counselor

TYPE REQUEST/GRIEVANCE: demand for filing of habeas corpus

REASON FOR REQUEST/GRIEVANCE I have a completed writ of habeas corpus that needs to be immediately filed with a Magistrate of the District Court of the USA for Thomas David House of Deegan without prejudice and All Rights Reserved

INMATE SIGNATURE N/A

Accepted by staff and answered showing my status and capacity - He who is silent agrees, He who does not deny agrees

RESPONSE/DISPOSITION

☐ APPROVED    ☐ DISAPPROVED    ☐ REFERRED

SIGNATURE _____ RANK _____ DATE _____

REMARKS We do not fax. You will have to mail it. What county are you mailing it to and we will provide the address if needed.

ACTION TAKEN _____

SIGNATURE [signed] DATE 8/4/14

RJCFA-36A

NCF-9418 1/13/03

# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY
## INMATE REQUEST/GRIEVANCE
### (CIRCLE ONE)

NAME ~~Thomas David Hinkle of~~ Hooser   DATE 7-03-2014

OID NUMBER _____   INC DATE _____   POD A   SEC 8   RM 9

TO: Chaplain

TYPE REQUEST/GRIEVANCE: speak with and possibly obtaining a bible

REASON FOR REQUEST/GRIEVANCE: no bible and need to speak privately with a man of God

~~without prejudice~~
~~Thomas Robert Hinsard Hoosier~~
~~with reserved~~                        N/A

INMATE SIGNATURE

**RESPONSE/DISPOSITION**

accepted and acknowledged as a non inmate, unlawfully, captive
Silence is agreement.

☐ APPROVED   ☐ DISAPPROVED   ☐ REFERRED

SIGNATURE _____   RANK _____   DATE _____

REMARKS _____

ACTION TAKEN: Gave Thomas a KJV Bible and had prayer with him.

SIGNATURE Charles J Northen   DATE 8-6-14

RJCFA-36A

NCF-9418  1/13/03

# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY
## INMATE REQUEST/GRIEVANCE
### (CIRCLE ONE)

NAME Thomas David House of Day     DATE 4th day of August

OID NUMBER _____  INC DATE _____  POD A  SEC 8  RM 7

TO: Counselor

TYPE REQUEST/GRIEVANCE: address of US Magistrate WV charleston

REASON FOR REQUEST/GRIEVANCE: I have completed writ of habeas corpus that needs filed with the US District Court Magistrate WV District probably charleston WV Thomas David house of day All rights reserved w/o prejua[dice]

more recognition of my status and capacity

INMATE SIGNATURE N/A

## RESPONSE/DISPOSITION

☐ APPROVED   ☐ DISAPPROVED   ☐ REFERRED

SIGNATURE _____ RANK ____ DATE ____

REMARKS _____

ACTION TAKEN: State Capitol Complex Bldg 1, Suite 157-K, 1900 Kanawha Blvd E, Charleston, WV 25305

SIGNATURE DeeWest   DATE 8-8-14

RJCFA-36A

NCF-9418 1/13/03