

## Natalie E. Tennant
Secretary of State
State of West Virginia

Office of the Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, West Virginia 25305

Telephone: (304) 558-6000
Toll Free: 1-866-SOS-VOTE
Fax: (304) 558-0900
www.wvsos.com

August 20, 2014

Hon. James E. Seibert
U.S. Magistrate Judge
PO Box 471
Wheeling, WV 26003

To whom it may concern:

The West Virginia Secretary of State's Office received this communication, which we believe should have been directed to your office. I have enclosed the entire communication.

If you have any questions or concerns, please feel free to contact me at 304-558-6000.

Sincerely,

Dave Nichols
Legal Assistant